JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sergio Munez-Guzman,<br><br>    Plaintiff,<br><br>v.<br><br>Jane Rhee, et al.,<br><br>    Defendants. | Case No. CV 18-01884-AB (Ex)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: March 11, 2019     _____
                                        ANDRÉ BIROTTE JR.
                                        UNITED STATES DISTRICT JUDGE

1.